IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JVAR VONTOU POPE, #169719**                                **PLAINTIFF**

v.                                **CIVIL NO. 1:16-cv-384-HSO-JCG**

**CITY OF BAY ST. LOUIS, MISSISSIPPI, ET AL.**              **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court sua sponte. The Court, after a full review and consideration of the record in this case and relevant legal authority, finds that in accord with its Order of Dismissal entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this the 10th day of August, 2017.

                                                 *s/ Halil Suleyman Ozerden*
                                                 HALIL SULEYMAN OZERDEN
                                                 UNITED STATES DISTRICT JUDGE